IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER DEATON　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #143472

v.　　　　　　　　　　NO. 5:14CV00230 JLH/BD

JIM SMITH, et al.　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 19th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE