# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER DEATON                                                                                PLAINTIFF
ADC #143472

v.                                          NO. 5:14CV00230 JLH/BD

JIM SMITH, et al.                                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 19th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE